No. 88–1198. Federal Trade Commission v. Superior Court Trial Lawyers Assn.; and

No. 88–1393. Superior Court Trial Lawyers Assn. et al. v. Federal Trade Commission. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 1019.] Motion of the parties to dispense with printing the joint appendix granted.

No. 88–7016. In re Martin; and

No. 88–7038. In re Waters. Petitions for writs of mandamus and/or prohibition denied.

No. 87–1955. Lewis, Comptroller of the State of Florida v. Continental Bank Corp. et al. Appeal from C. A. 11th Cir. Probable jurisdiction noted.

No. 88–1668. Atlantic Richfield Co. v. USA Petroleum Co. C. A. 9th Cir. Certiorari granted.

No. 88–1369. Maryland v. Buie. Ct. App. Md. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–6613. Boyde v. California. Sup. Ct. Cal. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–1941. Russell v. Russell. Ct. App. La., 3d Cir. Certiorari denied.

No. 88–1342. Sequoia Books, Inc. v. Illinois. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 88–1357. Ugalde v. United States. C. A. 5th Cir. Certiorari denied.

No. 88–1415. Facchiano et al. v. United States Department of Labor et al. C. A. 3d Cir. Certiorari denied.